# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN A. SANGSTER,
                              Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES COX; ROMEO ARANAS;
CYNTHIA SABLICA; JACOB MURPHY;
AND LINDA C. ADAMS,
                              Respondents.

No. 70240

FILED

AUG 30 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motions for a voluntary dismissal of this appeal are granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Joseph Hardy, Jr., District Judge
      Brian A. Sangster
      Attorney General/Carson City
      Eighth District Court Clerk

16-26928